**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7149**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JAMES R. NIBLOCK,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:02-cr-00568-GBL-1)

———————

Submitted:  November 19, 2015     Decided:  November 24, 2015

———————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James R. Niblock, Appellant Pro Se.  William P. Jauquet, Special
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Niblock appeals the district court's order denying his motion to compel discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Niblock</u>, No. 1:02-cr-00568-GBL-1 (E.D. Va. July 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>